SELECT THEATRES CORPORATION, as Successor of LEE SHUBERT et al., as Receivers of SHUBERT THEATRE CORPORATION, Respondent, *v.* GENE BUCK, Appellant.

(Argued January 17, 1934; decided February 27, 1934.)

*David Greenstein* for appellant.

*Milton R. Weinberger* and *William Klein* for respondent.

Order affirmed, with costs, and questions certified answered in the negative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.